IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JON HENSLEY,<br><br>      PLAINTIFF,<br>  v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>      DEFENDANT. | Case No. 22-cv-743<br><br>Hon. Elaine E. Bucklo |

**REPORT OF PARTIES PLANNING MEETING**

**1.**     **Meeting**

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on April 8, 2022, via electronic mail and telephone and was attended by Bryan Thompson for Plaintiff and Kevin Thomas for Defendant.

**2.**     **Pre-trial Schedule**

The parties jointly propose to the court the following discovery plan:

    a.   Plaintiffs to amend pleadings by July 29, 2022.

    b.   Plaintiffs to add any additional parties by July 29, 2022.

    c.   Defendant to amend pleadings by July 29, 2022.

    d.   Defendant to add any additional parties by July 29, 2022.

**3.**     **Discovery**

    a.   Discovery will be needed on the following subjects:

        -   What communications were made between Defendant and Plaintiff;

- The communications made by Defendant to any third party about Plaintiff or Plaintiff's alleged debt;

- The type of debt at issue;

- Whether Defendant is a debt collector and the debt at issue a consumer debt as defined by 15 U.S.C. § 1692a(6) of the FDCPA;

- Whether the Plaintiff is a consumer as defined by 15 U.S.C. § 1692a(3) of the FDCPA;

- Damages incurred by Plaintiff;

- The factual and legal basis for Defendant's affirmative defenses, including bona fide error, if any.

b. Disclosures pursuant to Pursuant to FED. R. CIV. 26(a)(1) to be made by April 15, 2022. Fact discovery to be commenced in time to be completed by September 30, 2022.

c. The parties expect they will need approximately 1-2 depositions each.

d. The parties do not anticipate the need for expert testimony at this time. If either party believes that expert testimony may be necessary, they will timely inform the other party, or parties, and the court.

e. All potentially dispositive motions should be filed by November 4, 2022.

f. Final pretrial order: The parties anticipate dispositive motions if this matter cannot be resolved and propose setting dates for trial and pre-trial disclosure after any dispositive motions are decided.

g. The case should be ready for trial by March 2023 and at this time is expected to take approximately 2-3 days.

**4. Settlement.**

Plaintiff has provided a settlement demand to Defendant who is considering the demand. The parties do not request a settlement conference at this time but will update the Court if the needs arises.

**5. Consent.**

Parties do not consent unanimously to proceed before a Magistrate Judge.

*Counsel for Plaintiff*

/s/ *Bryan Paul Thompson*
Bryan Paul Thompson
Robert W. Harrer
Chicago Consumer Law Center, P.C.
33 N. Dearborn St., Suite 400
Chicago, Illinois 60602
Tel. 312-858-3239
Fax 312-610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

*Counsel for Defendant*

*/s/ Kevin A. Thomas (with permission)*
David M. Schultz
Kevin A. Thomas
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
kthomas@hinshawlaw.com

1049065\310475578.v1